1  **Name and Address** Daniel Rodriguez
2  34 Turk St 343
3  San Francisco, CA 94102
4
5        **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**
6
7  Daniel Rodriguez                    )  CV 08         2639
8  34 Turk St #343                     )
                                       )  Case No. _____
9  S.F. CA. 94102                      )                    SI
                                       )
10 **Plaintiff / Petitioner**          )  **Document Name:**
                                       )
11    VS.                              )
12 The City and County                 )  Lawsuit To:
13 Of San Francisco                    )  the City of San Francisco
                                       )
14 **Defendant / Respondent**          )

FILED
08 MAY 27 PM 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CLAIM AGAINST THE CITY AND COUNTY OF SAN FRANCISCO

Before completing this form, please read the instructions on the back. You have only **6 months** from the date of incident to submit this form and supporting documentation to the Controller or the Clerk of the Board of Supervisors.

**1. Claimant's Name and Home Address** (Please Print Clearly)
DANIEL RODRIGUEZ
34 TURK ST APT 343
City SF    CA    Zip 94102
Telephone Daytime 415-567-4957  Evening

**2. Send Official Notices and Correspondence to:**
HUMAN SERVICES AGENCY
P.O. BOX 7988 — MIMI Choi Y216
City SF    CA    Zip 94120-9939
Telephone Daytime 415-558-1826  Evening

**3. Date of Birth**  2-4-51
**4. Social Security Number**  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
**5. Date of Incident**  06-26-07
**6. Time of Incident** (AM or PM)  MAILING DATE

**7. Location of Incident or Accident**  OFFICE
1440 HARRISON AT 11th ST P.O. Box 7988

**8. Claimant Vehicle License Plate #, Type and Year**
CASE Nº B739813

**9. Basis of Claim.** State in detail all facts and circumstances of the incident. Identify all persons, entities, property and City departments involved. State why you believe the City is responsible for the alleged injury, property damage or loss.

LEFT EYE HARMED, SPANISH SOCIAL WORKER, IS RESPONSIBLE FOR INJURY OF MY EFT. LOST OF VISION. HE TOOK MY MEDICAL CARD AWAY OF BE NEFIT OF DOCTOR CARE, I GOT BLIND OF MY LEFT EYE, SO THE CITY IS RESPONSIBLE HE IS ONE OF THEY WORKER.

**Name, I.D. Number and City Department of City Employee who allegedly caused injury or loss**
DEPARTMENT OF HEALTH - SF HUMAN SERVICES AGENCY - 1440 HARRISON ST- P.O. Box 7988

**Type of City Vehicle**

**Vehicle License Number and Bus or Train Number**

**10. Description of Claimant's injury, property damage or loss**
A- SPANISH SOCIAL WORKER MALE TOOK AWAY MY MEDICARE CARD INSURANCE, WHEN I WAS SEEN DOCTOR GO-FOR EYE TREAT EXAMINATION. FOR HIS NEGLECTFUL HE WENT TO MY SOCIAL WORKER FILE MIMI Choi Y216 AND HE SUSPEND MY MEDICARE ONE MILLION DOLLAR LOWSUIT TO HIM

**11. Amount of Claimant's property damage or loss and method of computation.** Attach supporting documentation. (See Instructions)
ITEMS
$_____
$_____
$_____
$_____
**TOTAL AMOUNT** $ 1,000,000.00
Court Jurisdiction: Limited Civil ☐  Unlimited Civil ☒

**12. Witnesses** (if any) Name / Address / Telephone
1. A. WILLIAMS, MD  2100 WEBSTER #214, SF CA 94115  415-923-3007
2. DANNY Y. LIN M.D  2100 WEBSTER ST SUITE 214, SF CA 94115  415-923-3007

**13.**
Signature of Claimant or Representative: Daniel Rodriguez
Date: 7-25-2007
Print Name: DANIEL RODRIGUEZ
Relationship to Claimant: MYSELF

**Do Not Write In This Space**
#0732
CONTROLLER
SAN FRANCISCO
07 JUL 25 AM 10:20

CA FORM 2  2/01

CRIMINAL PENALTY FOR PRESENTING A FALSE OR FRAUDULENT CLAIM IS IMPRISONMENT OR FINE OR BOTH. (PENAL CODE §72)

LAW SUIT To; CITY OF SAN FRANCISCO.

1-Million dollar suite to a medical Spanish, social worker

There two Spanish social worker went to Mimi Choi Compute file

I receive one letter from, Hector social worker

And one letter from Luis social worker, get in the business of my social worker Mimi Choi #216 went I Complaint that I don't want Spanish social worker there were mistreatment before and I change to English one.

So Hector and Luis both of then suspend my medical card
I suffer gravely damage to my left eye, I'm blind from glaucoma. Because Spanish social worker are guilt it there Guilt it of the Crime, I recommend the suspend of there social license
So the City OF San Francisco is responsible for my gravely injury.

                                                                                             Social worker

Daniel Rodriguez  415- 567-4951   MIMI CHOI -Y216 (415) 558-1866
        34 Turk ST # 343                1440 Harrison ST
     San Francisco Ca, 94102      SAN FRANCISCO CA, 94103-4312
   Plaintiff's case number B739813

Home social worker coordinator
Monique Flambures
Dalt Hotel 34 Turk st
San Francisco ca 94102
415-928-1072 e; mflambures @ tndc.org

TO: HEALTH DEPARTMENT MEDICAL CLAIM COMPLAITE
 WEN I LIVE ON 1541 CALIFORNIA ST APT 11 IN SAN FRANCISCO, CA 94109 IN THE YEAR 2004, I WENT TO A DOTOR CLINIC WITH MY MEDICAL INSURECE TO MADE MY DENTURE ON SOME CLINIC ON MISSION, DISTRICT
AFTER THE DOTOR CHECK MY DENTURE I SAID I DON'T WANT ACTRATION MY TREE TOOTH LEFT I GOT TO EAT MEET WITH IT.
THAT I WANT TO MAKE A DENTURE WITH MY TREE TOOTH WITH IT
 MY MAUTH DON'T HOLD DENTURE BECOUSE THE EXDOTOR FROM COLOMBIA CARE CENTER IN SOUTH CALOLINA USA.
REMOVE THE BONE OF MY MOUTH FOR DENTURE TO HOLD IN PLATE, THEM   I RECIVE THE APPOVE BUT THE DOTOR WANT TO AXTRACT MY TREE TOOTH AND REFUSE TO DO IT THERE CRIME, TOMY SELF  .
 THEM A SPANISH SOCIAL WORKER GET ANGER ABOUT IT
AND HIS TOOK MY MEDICAL BENEFIT AWAY FROM THE HEALTH
 DEPARMENT.SO I PERSONEL ACCUSE HIM TOGETIN IN MY SOCIAL WORKER FILES MIMI CHOI 2
 HE IS A INDICE NEGLECTFULY WORKER
  A LAW SUIT OF ONE MILLION DOLLARS FOR AND HIS DEPARMENT,
SIGN
    DANIEL RODRIGUEZ

**§JS 44** (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Daniel Rodriguez

**DEFENDANTS**
The City and County of S.F.

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1  U.S. Government Plaintiff
[ ] 3  Federal Question (U.S. Government Not a Party)
[X] 2  U.S. Government Defendant
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [X] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability |  | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [X] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability |  |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** |  | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application |  |  |
|  | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee |  | [ ] 950 Constitutionality of State Statutes |
|  |  |  | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S. Government Lawsuit to: The City of San Francisco
Brief description of cause:
Discrimination, Malpractice, Perjury, Left Eye Blind

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE 5-27-2008
SIGNATURE OF ATTORNEY OF RECORD Daniel Rodriguez