UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Daniel Rodriguez

Plaintiff,

vs.

The City and County
of San Francisco, Defendant.

CASE NO. _____ SI

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, David Rodriguez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received. *Laguna Honda Hospital 11-1978*
2  
3  *FOOD SERVER WORKER 226*
4  *Gross 700 WEEKLY*
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.   Business, Profession or             Yes ___ No ✓
8              self employment?
9      b.   Income from stocks, bonds,             Yes ___ No ✓
10             or royalties?
11     c.   Rent payments?             Yes ___ No ✓
12     d.   Pensions, annuities, or             Yes ___ No ✓
13             life insurance payments?
14     e.   Federal or State welfare payments,             Yes ✓ No ___
15             Social Security or other govern-
16             ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each. *G.A. CALM Program 379.80 MONTLY*
19 
20 
21 3.   Are you married?             Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support: $ _____
27     b.   List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2 | _____
3 | _____
4 | 5.    Do you own or are you buying a home?    Yes ____ No ✓
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.    Do you own an automobile?    Yes ____ No ✓
7 | Make _____ Year _____ Model _____
8 | Is it financed? Yes ____ No ____ If so, Total due: $ _____
9 | Monthly Payment: $ _____
10 | 7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: _____
12 | _____
13 | Present balance(s): $ _____
14 | Do you own any cash? Yes ____ No ✓ Amount: $ _____
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)    Yes ____ No ____
17 | _____
18 | 8.    What are your monthly expenses?
19 | Rent: $ 114.00    Utilities: 20.00
20 | Food: $ 100.00    Clothing: $50.00
21 | Charge Accounts:
22 | **Name of Account**    **Monthly Payment**    **Total Owed on This Account**
23 | _____    $_____    $_____
24 | _____    $_____    $_____
25 | _____    $_____    $_____
26 | 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 | they are payable. Do not include account numbers.)
28 | NO

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No  ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-27-2008                                *Darreil Rodriguez* (signature)

DATE                                         SIGNATURE OF APPLICANT