VERIFICATION OF SERVE.
NO. CV 08 2639 SI

**FILED**
JUN 0 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



GAVIN NEWSOM, MAYOR

**NYDIA S. GONZALEZ**
RECEPTIONIST

415.554.6141
415.554.6160 FAX

OFFICE OF THE MAYOR
CITY HALL, ROOM 200
1 DR. CARLTON B. GOODLETT PL.
SAN FRANCISCO, CA 94102