**Name and Address:** RODRIGUEZ DANIEL
34 TURK ST #34
SF, CA 94102

FILED
08 JUN -6 AM 9:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Plaintiff / Petitioner:** RODRIGUEZ DANIEL

vs.

**Defendant / Respondent:** THE CITY OF S.F.

**Case No.** CV08 2639 SI

**Document Name:** "PROOVE OF SERVE"

GAVIN NEWSOM, MAYOR



**NYDIA S. GONZALEZ**
RECEPTIONIST

415.554.6141
415.554.6160 FAX

OFFICE OF THE MAYOR
CITY HALL, ROOM 200
1 DR. CARLTON B. GOODLETT PL.
SAN FRANCISCO, CA 94102

CASE NO- CV08 2639 SI 

**COUNTY OF SAN FRANCISCO**

 **San Francisco County**
P.O. Box 7988
San Francisco, California 94120-7988

Notice Date : 03/29/2008
Case Name : DANIEL RODRIGUEZ
Case Number : B739813
Worker Name : Mimi Choi
Worker Number : Y216
Telephone : (415) 558-1866
Worker Hours : 8:00 AM - 12:00 PM, 12:00 PM - 5:00 PM
Address : 1440 Harrison ST
San Francisco CA 94103-4312

227 7634/1-237/LETTER1.305 20 Y216

DANIEL RODRIGUEZ
34 TURK ST, APT 343
SAN FRANCISCO CA 94102-2828



217 - GONZALES LUIS
172 - GONZALES HECTOR

HAND-DELIVER TO MAYOR OFFICER
Proof of service 5-29-2008

fx: TO MY SOCIAL WORKER MIMI CHOI Y216
5-28-2008

I swear under penalty of perjury
that the statements of "Proof of service"
are true
Daniel Rodriguez 6-5-2008