IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,                                            No. C 08-02639SI

        Plaintiff,                                                      **NOTICE**

  v.

SF CITY AND COUNTY,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been continued to Friday, August 22, 2008, at 9:00 a.m.

Dated: June 25, 2008                                                     RICHARD W. WIEKING, Clerk

 

                                                                Tracy Sutton
                                                                Deputy Clerk