1
2
3
4
5                  IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    DANIEL RODRIGUEZ,                        No. C 08-2639 SI
9              Plaintiff,                     **ORDER DISMISSING CASE**
10        v.
11   THE CITY AND COUNTY OF SAN
     FRANCISCO,
12             Defendant.
                                      /
13
14        By order filed August 19, 2008, the Court granted defendant's motion to dismiss and granted
15   plaintiff leave to amend the complaint. The order stated that if plaintiff wished to amend the complaint,
16   he must do so by September 5, 2008. Plaintiff did not file an amended complaint. Based on this record,
17   the Court finds it appropriate to dismiss this case for failure to prosecute. Accordingly, the Court
18   DISMISSES this action WITHOUT LEAVE TO AMEND. The September 22, 2008 case management
19   conference is VACATED.
20
21        **IT IS SO ORDERED.**
22
23   Dated: September 22, 2008
24                                                  SUSAN ILLSTON
                                                    United States District Judge
25
26
27
28

_United States District Court_
_For the Northern District of California_

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28