**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

       Plaintiff,

  v.

THE CITY AND COUNTY OF SAN FRANCISCO,

       Defendant.

      /

No. C 08-2639 SI

**JUDGMENT**

This action has been dismissed without leave to amend for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 22, 2008

SUSAN ILLSTON
United States District Judge