IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ, | No. C 08-2639 SI |
| Plaintiff, | **ORDER RE: DECEMBER 11, 2013 FILING** |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

This case was closed on September 22, 2008, after plaintiff failed to file an amended complaint. On December 11, 2013, plaintiff filed a one page letter with this Court titled "Summons, Complaint, Orders." The letter references both this closed case and another closed case filed by plaintiff, C 06-3415 MJJ.

The Court hereby informs plaintiff that because this case and C 06-3415 MJJ are closed, plaintiff may not file any further documents in these cases. If plaintiff wishes to file a complaint, plaintiff may only do so by filing a new action.

**IT IS SO ORDERED.**

Dated: January 13, 2014

SUSAN ILLSTON
United States District Judge